IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISIAH A. JONES, III | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-2493 |
| | : | |
| JOSEPH WILDCAT, SR., et al. | : | |

## **ORDER**

AND NOW, this 21st day of November, 2019, it is ORDERED an oral argument on Defendants' Motions to Dismiss (Documents 9 and 10) will be held on December 9, 2019, at 10:00 a.m. in Courtroom 14B.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.