IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISIAH A. JONES, III | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-2493 |
| | : | |
| JOSEPH WILDCAT, SR., et al. | : | |

## **ORDER**

AND NOW, this 3rd day of December, 2019, it is ORDERED the oral argument is RESCHEDULED to January 7, 2020, at 11:00 a.m. in Courtroom 14B.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.